**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LEE MICHAEL TOMKO,

     Plaintiff,

v.                          CASE NO.:

DARDEN RESTAURANTS, INC.,

     Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, DARDEN RESTAURANTS, INC., by and through its undersigned attorneys and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, respectfully files this Notice of Removal giving notice it is removing this civil action to the United States District Court for the Middle District of Florida, Orlando, Division. In support of this Notice of Removal, Defendant states as follows:

**I.**     **PROCEDURAL HISTORY**

1. On or about November 22, 2025, Plaintiff Lee Michael Tomko ("Plaintiff"), filed a Complaint in the Circuit Court of the 9th Judicial Circuit in and for Orange County, Florida, entitled *Lee Michael Tomko v. Darden Restaurants, Inc.*, designated Case No.2025-CA-011555-O (the "State Court Action").

2. Pro Se Plaintiff's Complaint alleges wrongful termination based on race. Although not broken up into specific counts, it appears to attempt to state claims

under both Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e *et seq.* ("Title VII"), and the Florida Civil Rights Act, Fla. Stat. 760.01 *et seq* ("FCRA").

3. A copy of the Summons and Complaint as well as true and legible copies of all other papers on file in the State Court Action are being contemporaneously filed with this Notice of Removal as required by 28 U.S.C. § 1446(a) and Local Rule 1.06(b).

4.     Defendant was served with the Summons and Complaint on December 5, 2025. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of service.

5.     By removing this action, Defendant does not waive any defenses or objections that it may have, including, but not limited to, sufficiency of process, service of process, and personal jurisdiction.

6.     Because Plaintiff brought this lawsuit in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, the Orlando Division of the United States District Court for the Middle District of Florida is the proper forum for removal. *See* 28 U.S.C. §§ 89(b), 1441(a).

## II.     FEDERAL QUESTION

7.     This case is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and it is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1331 and 1441(a) based upon the Court's federal question jurisdiction. Specifically, Plaintiff's Complaint asserts claims which arise under the laws of the

United States, namely Title VII ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

### III.    SUPPLEMENTAL JURISDICTION

8.      This Court also has supplemental jurisdiction over Plaintiff's state law claims under the FCRA. *See* 28 U.S.C. § 1367(a); 28 U.S.C. § 1441(c). With respect to Plaintiff's alleged violations under the FCRA, Plaintiff's state and federal law claims arise from the same set of facts and allegations (his termination from employment) such that they form part of the same case or controversy.

### IV.    NOTICE TO COURT AND PARTIES

9.      In accordance with 28 U.S.C. § 1446(d), Defendant will promptly provide written notice to Plaintiff of the removal in this action and will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit A.**

10.     The required filing fee of $400.00 and an executed civil cover sheet accompany this Notice.

WHEREFORE, having fulfilled all statutory requirements, Defendant removes this action to the United States District Court for the Middle District of Florida, Orlando Division, and requests the Court assume full jurisdiction over the matter as provided by law and to permit this action to proceed before it.

Dated this 26th day of December, 2025.    Respectfully submitted,


*/s/ Nancy A. Johnson*
Nancy A. Johnson
Florida Bar # 597562
najohnson@littler.com
Kimberly R. Rivera
Florida Bar #124822
krivera@littler.com

LITTLER MENDELSON P.C.
111 North Orange Avenue
Suite 1750
Orlando, FL  32801.2366
Telephone:  407.393.2900
Facsimile:   407.386.9081

Attorneys for Defendant


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of December 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via email to the following:


Lee Michael Tomko
4651 Caverns Drive
Kissimmee, FL 34758
LeeTomko@gmail.com

*Pro Se*


*/s/ Nancy A. Johnson*
Nancy A. Johnson


4